IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Earl Lewis Anderson, Jr.                                          PLAINTIFF
(Plaintiff's name)

VS.                                                                              CIVIL ACTION NO. 3:15cv 603 CWR-LRA
                                                                                              (to be provided by the Court)

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED AUG 19 2015 ARTHUR JOHNSTON BY_____ DEPUTY]

TCHULA POLICE DEPARTMENT:                                         DEFENDANT(S)
(Defendant(s) name(s))
Anthony Jones
Kenneth Hampton
Willie Phillips
Mississippi Bureau of Investigations
Jerry Davis and Others not named

## COMPLAINT

COMES NOW, plaintiff, Earl Lewis Anderson, Jr., pro se, and for cause of action against the defendant(s): The Tchula Police Department: Anthony Jones, Kenneth Hampton, Willie Phillips; The Mississippi Bureau of Investigations; Jerry Davis; and Others not named would state:

### JURISDICTION

Plaintiff was unlawfully arrested and purposely targeted by Tchula Police Officers; in retaliation and in connection with prior false charges forced upon Plaintiff, brought by a State Trooper involving a past-girlfriend, from Tchula, MS.

I.

Plaintiff is an adult resident citizen of the County of Holmes, State of Mississippi. The defendant ANTHONY JONES (CHIEF OF T.P.D.) is an adult resident citizen of the County of Holmes, State of Mississippi. (The plaintiff will need to provide this information for each of the defendants).

## FACTS

THAT ON August 8, 2014 Plaintiff's vehicle was unlawfully approached by unidentified individuals, with guns pointed at Plaintiff; Unlawful and forcefully attempting to enter Plaintiff's vehicle; Attempting to physically eject Plaintiff from his vehicle and then discharging their weapons into Plaintiff's vehicle with "Deadly Force!"

As a result of the illegal arrest: Defendant(s) wrongfully filed multiple charges against Plaintiff, to exasperate and cover-up the incident. Furthermore, Plaintiff's vehicle was then set-up, trashed and later destroyed in an attempt to show cause for shooting by Tchula's Police Officers!

## RELIEF

I. Plaintiff's request for appointment of counsel due to the severity of the above case which might call-for-the RICO ACT.

II. Plaintiff's complete restoration of customized vehicle.

III. Plaintiff's reimbursement of towing and Impoundment Fees.

IV. Plaintiff's reimbursement for bonds, court, and Attorney Law Firms fees and cost.

V. Plaintiff's request for restitution for "Undue Pain & Suffering" causing: Bodily harm, Mental anguish, Defamation of Character and causing Undue Stress which transcended into a host of life-threating Health Issues which Plaintiff never had but was in good Health prior to January 2014.

VI. Relief from the Police's misconduct and continuous Retaliation Schemes.

Respectfully submitted, this the 19 day of August, 20 15.

_Earl Anderson_
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Earl Lewis Anderson, Jr.
132 Tchula Road
Lexington, MS 39095
(662) 897-8587

[Notary seal: State of Mississippi, Notary Public, ID # 52145, Willie Mae Forrest, Commission Expires June 15, 2016, Holmes County]

_Willie Mae Forrest_
8/19/2015