In The United States District Court
South District of Mississippi
Northern Division


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 16 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

Earl Lewis Anderson Jr.                                   Plaintiff

VS.                          Cause No. 3:15CV603-CWR-LRA

Tchula Police Department et al,                 Defendants
Anthony Jones, Kenneth Hampton, Willie
Phillips, The Mississippi Bureau of Invest-
igation, Charles or Mitch Lawrence, Jerry
Davis, Donnel Berry

Re: Sensitive Issue's: MOTION FOR RECONSIDERATION

## Complaint

Come now, the Plaintiff Earl Lewis Anderson Jr. Pro Se. In the above respectfully asks for the courts permission to add (2) Defendant(s) Charles, or Mitch Lawrence; And Donnel Berry:

The Plaintiff also respectively asks this court to reconsider his motion to appoint counsel considering:

# FACTS

(1.) The Plaintiff states that based upon the Mississippi Bureau of Investigation personal interference, and involvement as to conspire with others not to adequate investigate said incident, deny Plaintiff and family members the right to file a complaint nor give the correct name's of those alleged involved, and investigating the incident under color of state and federal law. See, RICO ACT (97-9-1 thru 97-7-77.

The Plaintiff states that his case is complexed, and there are exceptional circumstances in which he does-not understand.

(2.) The Plaintiff further explains that he is under care of (3) different doctors, still going to therapy, and take's several type's of medications in which would affect his ability to adequately present his case. Plaintiff is also undergoing Neuopsychological Testing.

(3.) The Plaintiff not only does not have the funds to hire counsel, he does-not have the funds to hire an investigator, nor the skills required to investigate, or to professionally present the evidence's he already obtained in the right prospective.

Plaintiff has no skill in correctly cross-examining the witnesses, Ulmer V. Chancellor, 691 F.2d 209, 212-213 (5th Cir. 1982).

(4.) The Plaintiff prays, this court grant his motion for appointment of counsel because the star witness

In the above case has retracted his story, he told in front of others, when interviewed, after being paided.

The star witness then refused an interview with an attorney, or newspaper investigator ~~after~~ being very open the day before! He then stated that the property was private and for Plaintiff not to call his phone anymore!

Therefore, Plaintiff is in no position to adequately investigate this case:

Sworn to this the 16th day of September 2015

Earl L. Anderson
132 Tchula Rd.
Lexington, Ms. 39095
3:15-CV-00603-CWR-LRA

_Earl L Anderson_
Earl L Anderson

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Ms. 39201

State of Mississippi
County of Holmes

On this the 16th day of September, 2015, before me, Patricia Gillespie, the undersigned, personally appeared Earl L Anderson whose name is subscribed to the within statement and acknowledged that he executed it.

_Patricia Gillespie_
Notary Public

My comission expires 11-3-2017.

