# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**EARL LEWIS ANDERSON, JR.**                                        **PLAINTIFF**

**V.**                                              **CASE NO. 3:15-CV-00603-CWR-LRA**

**TCHULA POLICE DEPARTMENT,**                                      **DEFENDANTS**
*ET AL.*

## ORDER

This case has been stayed since December 2nd, 2015, given related criminal proceedings against Anderson. Those proceedings have nearly ended, with Anderson filing a petition to enter a guilty plea.[1] Therefore, this Court will LIFT the stay from this case.

The end of the criminal proceedings means the circumstances of this case have changed significantly. Anderson's motion at Docket No. 30 and Defendants' motion at Docket No. 31 are outdated. They will be DISMISSED WITHOUT PREJUDICE. Anderson and Defendants can refile them if necessary.

Defendants have answered Anderson's complaint by invoking various affirmative defenses provided by the Mississippi Tort Claims Act.[2] Defendants are therefore DIRECTED to file a motion for summary judgment related to those defenses in light of any relevant sentence or conviction of Anderson. The filling deadline for that motion is April 13, 2018.

**SO ORDERED,** this the 14th day of March, 2018.

                                                 s/ Carlton W. Reeves
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 38-1.
[2] Docket No. 11 at 2.