IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**EARL LEWIS ANDERSON**                                             **PLAINTIFF**

**V.**                                                               **CAUSE NO. 3:15-CV-603-CWR-LRA**

**MISSISSIPPI BUREAU OF INVESTIGATION, et. al.,**                      **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order Granting Judgment on the Pleadings issued on August 13, 2018 and the Order Granting Summary Judgment issued this day, all the claims in this case have been resolved. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 28th day of September, 2018.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE